JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEYINKA LADELE,<br><br>　　　　　Movant,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CASE NOS. CV 08-02486 MMM<br>　　　　　　　　CR 06-00125 MMM<br><br>JUDGMENT FOR DEFENDANT |

On August 26, 2013, the court entered an order granting the government's converted motion for summary judgment and denying petitioner's motion for return of property. Consequently,

IT IS ORDERED AND ADJUDGED

1. That petitioner's motion for return of property be denied with prejudice; and
2. That the action be, and it hereby is, dismissed.

DATED: August 26, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE